**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
160 WEST SANTA CLARA STREET, SUITE 575
SAN JOSE, CA 95113

E-FILING

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (408) 291-7753
Fax (408) 291-7399

E-FILING

FILED
FEB 27 2008

February 25, 2008

Magistrate Judge Patricia V. Trumbull
United States District Court
280 South First Street
San Jose, CA 95113

RE: David Foley    CR-8-90103 MISC PVT

Your Honor:

Please find enclosed David Foley's completed "long form" Financial Declaration. I am writing to request that my office be appointed to represent David Foley, who is currently being investigated by the U.S. Attorney's Office for possible violations of anti-piracy statutes. He is not presently represented by counsel. I have spoken with AUSA Richard Cheng, who stated that federal charges are anticipated.

I believe that Mr. Foley may qualify for the appointment of counsel. A proposed order is enclosed.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

LARA S. VINNARD
Assistant Federal Public Defender