E-FILING


FILED
FEB 27 2008
CLERK
NORTHERN DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**PVT**

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FOLEY,<br><br>Defendant. | CR-8-90103 MISC<br>No.<br><br>[PROPOSED] ORDER APPOINTING<br>FEDERAL PUBLIC DEFENDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender is appointed to represent Mr. David Foley, pre-charge. Eligibility to be revisited upon being charged. PVT

Dated: 2/26/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

CJA 23 - submitted

ORDER APPOINTING COUNSEL